# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE CARRICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 4:22-cv-03838-HSG<br><br>**ORDER RE STANDARD OF REVIEW** |

The Court, having considered the Stipulation Re Standard of Review by and between the parties in this action arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq.* ("ERISA"), hereby approves the Stipulation and orders that the appropriate standard of review in this case is de novo.

Dated: 10/18/2022

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525