UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE CARRICK,<br><br>          Plaintiff,<br><br>     vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 4:22-cv-03838-HSG<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

Dated:   5/25/2023

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

1
ORDER RE DISMISSAL WITH PREJUDICE